FILED
CLERK U.S. DISTRICT COURT
JAN - 5 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

| | |
|---|---|
| TA CHEN INTERNATIONAL, INC., a California corporation doing business as Sunland Shutters,<br><br>Plaintiff,<br><br>vs.<br><br>BARRY ALBERT, an individual; RICHARD GASKEY Jr., an individual; R. G. DESIGNS, INC., a California corporation; R. G. DESIGNS, INC., d/b/a "Poly Technologies", a California corporation; POLY TECHNOLOGIES, INC., a California corporation, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV-11-03325-SVW-(SHx)<br><br>Case Assigned to:<br><br>Honorable Stephen V. Wilson<br>United States District Judge<br><br>Courtroom 6<br><br>**JUDGMENT RE PERMANENT INJUNCTIONS PURSUANT TO STIPULATIONS** |

Plaintiff, TA CHEN INTERNATIONAL, INC., a California corporation, having entered and caused to be filed herein separate stipulations with each of Defendants, BARRY ALBERT, an individual; RICHARD GASKEY Jr., an individual; R. G. DESIGNS, INC., a California corporation; R. G. DESIGNS, INC., doing business as "Poly Technologies", a California corporation; POLY TECHNOLOGIES, INC., a California corporation, for entry of judgment for permanent injunctions with respect to the Complaint herein on file, and, good cause therefore appearing, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

STIPULATION FOR ENTRY OF JUDGMENT FOR PERMANENT INJUNCTIONS        - 1

~STIPULATED PERMANENT INJUNCTIONS~

1. Defendants, Richard Gaskey, Jr.; R. G. Designs, Inc.; and R. G. Designs, Inc., doing business as "Poly Technologies"; and Poly Technologies, Inc., hereafter individually and collectively referred to as "Said Defendants", shall be, and are, hereby permanently restrained, enjoined and ordered as follows:

   a. Said Defendants, and each of them, shall immediately and forever cease and desist from commercial use of the "Poly Tech", "Poly Tec", "Poly Technologies" and/or "PolyTechnologies" names, whether as a corporate name, fictitious business name, product name, trade name, or promotional name in any way connected with window shutter products or window shutter systems. In connection with such cessation, Defendants shall forthwith cause to be published and filed (in all jurisdictions wherein they have caused the names to be filed) abandonments of the fictitious business names "Poly Technologies" and/or "PolyTechnologies"; further, Defendant, Poly Technologies, Inc., a California corporation, shall forthwith cause its dissolution or its name to be changed such that the words "Poly Tec", "Poly Tech", or "Poly Technologies" are no longer part thereof;

   b. Each of the Said Defendants shall forthwith notify in writing, via U.S. Mail or email, all customers and potential customers with whom any of Defendants have promoted and/or sold window shutter products using the "Poly Tech", "Poly Technologies" or "PolyTechnologies" name(s) and shall state therein that Defendants are (i) not affiliated with Poly Tec ®, Ta Chen International, Inc.,

and/or Sunland Shutters; (ii) do not sell Poly Tec ® products; and, (iii) are not authorized to use the Poly Tec ® trademarks or trade names; and,

c. Said Defendants, and each of them, shall immediately and forever cease using Ta Chen International, Inc., , Sunland Shutters, and/or Poly Tec ® promotional materials, product samples and specifications, and shall deliver to Ta Chen International, Inc, all such materials, samples and specifications, if any, now held under the control of, or in the custody, possession of Defendants, or any of them.

2. Defendant, BARRY ALBERT shall be, and is, hereby permanently restrained, enjoined and ordered as follows:

a. Defendant Barry Albert shall immediately and forever cease and desist from commercial use of the "Poly Tech", "Poly Tec", "Poly Technologies" and/or "PolyTechnologies" names, in any and all contractions, combinations or capacities, whether as a corporate name, fictitious business name, product name, trade name, or promotional name in any way connected with window shutter products or window shutter systems, unless such use is authorized in writing by Ta Chen International, Inc.; and,

b. Defendant Barry Albert shall not commercially use for direct or indirect benefit of any himself and/or any other person, thing or entity except Plaintiff Ta Chen International, Inc., the trade names, images or likenesses of "Poly TEC"® or "POLYTEC"®, whether with a designation of a registered trademark or not, unless such use is pursuant to authorization in writing from Ta Chen International, Inc.

1  The Clerk of the Court shall enter the foregoing as the Judgment of this Court in the above-
2  captioned matter.
3  Each party shall bear his or its own attorneys' fees and costs.

5  Dated: 1/5/12, 2011

6  _____
   Honorable Stephen V. Wilson
   United States District Judge

11  Prepared and Submitted by:

14  H. CRAIG PARKER sbn 072193
    hcp@kpzlaw.com
15  KUROSAKI & PARKER, P.C.
    445 South Figueroa Street, Suite 2325
16  Los Angeles, California 90071
    Tel.: 213-532-8838  Fax: 213-532-8833

18  Attorney for Plaintiff, Ta Chen International, Inc.